**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-09917 |
| | ) | |
| Aleksandar Perovic | ) | Chapter 7 |
| | ) | |
| Debtor | | Hon. Janet S. Baer |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

  PLEASE TAKE NOTICE that on **August 29, 2025 at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer or any other Judge sitting in that Judges"s place in Courtroom 615 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below, and present the **TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL TO PURSUE PERSONAL INJURY CAUSE OF ACTION**  a copy of which is attached

**Important**: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by Zoom using by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password. The meeting ID for this hearing is 160 731 2971 and the password is 587656** . The meeting ID and password can also be found on the judge's page on the court's web site.

  **If you object to this motion** and want it called on the presentment date above, **you must file a Notice of Objection no later than two (2) business days before that date**. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.
.

  Ilene F. Goldstein, as Trustee for Aleksandar Perovic
          By:   /s/ Ilene F. Goldstein
             One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
2070 Greenbay Road, PMB 201
Highland Park, IL 60035
(847) 562-9595
E-mail: ifgolds@aol.com

# CERTIFICATE OF SERVICE

### Statement on service list regarding serving docsuments

I, Ilene F. Goldstein, an attorney, certify that I served a copy of this notice and the attached motion on each entity by the method indicated on the attached list on August 22, 2025 before 4:00 p.m.

    /s/ Ilene F. Goldstein
        Ilene F. Goldstein

## SERVICE LIST

**Acting U.S. Trustee**      **Via CM/ECF**
Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

**Debtor's Counsel**      **Via CM/ECF**

David P Leibowitz, ESQ

Law Offices of David P Leibowiz LLC

3352 N. Sheffield Avenue

Chicago, IL 60657


**Debtor**      **Via First Class mail**

Aleksandar Perovic

1927 Oxley Cir

Naperville, IL 60563-4176

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-09917 |
| | ) | |
| Aleksandar Perovic | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. Janet S. Baer |

### TRUSTEE'S MOTION TO EMPLOY COUNSEL

Now comes Ilene F. Goldstein, as Trustee for Aleksandar Perovic ("Trustee") by and through her counsel, The Law Offices of Ilene F. Goldstein, Chartered, and for her Motion to Retain Special Counsel in a personal injury cause of action ("Claim"), pursuant to United States Bankruptcy Code ("Code") Section 327, states as follows:

1. On June 28, 2025 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. Ilene F. Goldstein is the duly appointed, qualified and acting bankruptcy Trustee for the Bankruptcy Estate of Aleksandar Perovic

3. The Debtor scheduled a personal injury claim ("Claim") and had prior to the bankruptcy retained the Elizabeth Horwitz ("Horowitz") and the law Firm to of Horwitz, Horwitz and Associates LTD Law to represent him in this Claim. The Trustee and her counsel has conferred with Elizabeth Horwitz and has

determined that proceeding on this Claim may yield funds to distribute to unsecured creditors.

4. Attached as Exhibit A is a copy of the retainer agreement covering the fee arrangement the Debtor previosly entered into with Elizabeth Horwitz ("Horowitz") and the law Firm to . of Horwitz, Horwitz and Associates LTD . The terms of the retainer are set forth in Exhibit A but basically provide that they will receive one-third of any recovery plus expenses.

5. The Trustee believes this Retainer Agreement is fair and reasonable and seeks to adopt the terms of the Retainer Agreement as the terms upon which the Bankruptcy Estate will retain and compensate special counsel subject to bankruptcy court approval.

6. Elizabeth Horwitz ("Horowitz") and the law Firm of Horwitz, Horwitz and Associates LTD know of no representation of any interest adverse to the Trustee, the Debtor, their creditors or to the Estate in matters upon which they are to be engaged as set forth in Exhibit A except that they represented and continue to represent the Debtors' interest as well in the above described action. Attached hereto as Exhibit B is the Affidavit of Elizabeth Horwitz pursuant to Bankruptcy Rule 2016.

7. The employment by the Trustee of special legal counsel is in the best interests of this Estate

WHEREFORE, Ms. Goldstein as Trustee prays for the entry of an order:

1. Authorizing the Trustee to employ Elizabeth Horwitz ("Horowitz") and the law Firm of Horwitz, Horwitz and Associates LTD to act as her special legal counsel;

      2. Authorizing the Trustee's employment of legal counsel on the basis of the tetainer agreement previously entered into with the Debtor attached as Exhibit A compensation subject to further order of this court.

Dated: August 22, 2025

                                    Respectfully Submitted,
                                    Ilene F. Goldstein, as Trustee
                                    For the Estate of Aleksandar Perovic
                                    By:   /s/ Ilene F. Goldstein
                                              One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein Chartered
2070 Greenbay Road, PMB 201
Highland Park, IL 60035
(847) 562-9595
E-mail: ifgolds@aol.com